**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **LENIN STEVEN GOMEZ GUACHAMIN,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**WARDEN DELANEY HALL DETENTION FACILITY, et al.,**<br><br>**Respondent.** | **Civil Action No. 26-11559 (SDW)**<br><br>**ORDER** |

This matter comes before this Court on Petitioner Lenin Steven Gomez Guachamin's petition for writ of habeas corpus under 28 U.S.C. § 2241 ("Petition") (ECF No. 1), Respondents' answer in opposition (ECF No. 7), Petitioner's reply (ECF No. 8), and Respondents' supplemental answer (ECF No. 10). For the reasons set forth in the accompanying Opinion filed herewith,

**IT IS** on this 20th day of October, 2026

**ORDERED** that the Petition at ECF No. 1 is **GRANTED AS MODIFIED.** Respondents shall provide petitioner with an individualized bond hearing pursuant to 8 U.S.C. § 1226(a) before an immigration judge within 7 days of this Order. Respondents shall provide the immigration court a copy of this Opinion and Order prior to the hearing; and it is further

**ORDERED** that Petitioner, or his counsel, shall have notice of the bond hearing, a reasonable opportunity to prepare, and be permitted to reschedule the hearing without seeking this Court's intervention. The rescheduled date may be outside of the 7-day period at Petitioner's request; and it is further

**ORDERED** that any restrictions imposed by this Court on Petitioner's location shall remain in place until the bond hearing has been conducted; and it is finally

**ORDERED** that the Clerk shall send Petitioner copies of this Opinion and Order by regular mail and **CLOSE** this case.

Hon. Susan D. Wigenton,
United States District Judge